# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2009

139205

CARLOS LOPEZ-NEGRETE,
       Plaintiff-Appellee,

v

KARIANN LOPEZ-NEGRETE,
       Defendant-Appellant.

SC: 139205
COA: 286247
Genesee CC: 06-271816-DM

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

On order of the Court, the application for leave to appeal the May 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2009

_____
Clerk

s1020